EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda al Artículo 13.9, Procedimiento Especial de Reclutamiento y Designación, etc. | 2003 TSPR 16 158 DPR ____ |

Número del Caso: ER-2003-3

Fecha: 12/febrero/2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda al Artículo 13.9,
Procedimiento Especial de
Reclutamiento y Designación
Para los Puestos en las Clases
Secretarias Auxiliares del
Tribunal I y Alguaciles Auxiliares     ER-2003-3
de Selección, del Reglamento de
la Administración del Sistema de
Personal de la Rama Judicial

RESOLUCION

San Juan, Puerto Rico, a 12 de febrero de 2003

Para enmendar los **Incisos 4, 7, 8 y 9 y añadir un inciso 10 al Artículo 13.9 – Procedimiento Especial de Reclutamiento y Designación para los Puestos en las Clases Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares** del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, como se indica a continuación:

1.     ...

2.     ...

3.     ...

4. Se designará un solo candidato(a) para cada puesto vacante en el orden descendente que ocupan en el registro de elegibles, tomando también en consideración el orden de preferencia de los pueblos seleccionados por éstos.

   En aquellos casos en que haya candidatos en los registros de

reincorporación, reingreso y cualquier otro registro que se establezca para garantizar derechos reconocidos a los empleados de la Rama Judicial para unos pueblos específicos y solicitudes de traslado, se emitirá una certificación especial en el orden de importancia asignado en el Artículo 13.1 a la cual se añadirán las solicitudes de traslado. Dicha certificación especial se referirá al entrevistador(a) antes de efectuar la designación del Registro Especial de Reclutamiento. Si sólo hay solicitudes de traslado, también se enviarán antes de la designación.

El entrevistador(a) tendrá un término de cinco días laborables para entrevistar los candidatos de la certificación especial y notificar al Área de Recursos Humanos si ha seleccionado alguno de éstos. Si no selecciona de la certificación especial, se procederá con la designación del candidato mediante el presente procedimiento especial.

> a) Los candidatos(as) provenientes de los registros de reincorporación, reingreso y cualquier otro registro que se establezca para garantizar derechos adquiridos reconocidos a los empleados de la Rama Judicial. El orden descendente en que se ubicarán los candidatos(as) de estos registros será similar al orden de importancia que se les asigna a dichos registros en el Artículo 13.1.

> b) Los candidatos(as) que aprobaron el examen en el orden descendente que ocupan en el registro de elegibles, tomando también en consideración el orden de preferencia de los pueblos seleccionados por éstos.

5. ...

6. ...

7. El candidato designado tendrá un término de cinco (5) días laborables, a partir de la fecha de recibo de la designación, para presentarse al Área de Recursos Humanos para iniciar el proceso de nombramiento. Si transcurre dicho término y el candidato no realiza las gestiones de nombramiento, se designará el próximo candidato disponible en el registro de elegibles. Si un candidato designado no acepta el nombramiento ofrecido, lo indicará por escrito al Director Administrativo. En ese caso también se designará el siguiente candidato(a) disponible en el registro de elegibles.

8. Todo candidato que rechace una designación sin una razón justificada, se eliminará del registro de elegibles. En aquellos casos en que los candidatos presenten unas razones válidas para no aceptar la designación, éstos permanecerán en el registro de elegibles.

9. El Registro de Elegibles Especial establecido mediante el presente procedimiento estará vigente por un término de 180 días. El Director Administrativo podrá extender su vigencia si las necesidades del servicio así lo ameritan.

10. Los candidatos nombrados mediante este procedimiento especial podrán solicitar traslado según dispongan las normas establecidas para ello.

    Esta Resolución tendrá vigencia inmediata.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                    Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo